**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRIAN J. WEBB                                                                                                    PLAINTIFF
ADC #141031

V.                                              NO: 5:11CV00191 JLH/HDY

EDWARD ENGSTROM *et al.*                                                                          DEFENDANTS

**ORDER**

Plaintiff filed a complaint on July 26, 2011, and service was ordered. On September 6, 2011, the summons was returned unexecuted as to Defendant Shawn Richard (docket entry #9).[1] Service had been attempted in the care of the Arkansas Department of Correction, but was returned with a note indicating that Richard was not employed there, but may be employed by the prison's medical contractor. Accordingly, service will be attempted in the care of counsel for the contractor.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to change the style of the case to reflect the correct name of Defendant Shawn Richard.

2. Service is appropriate on Defendant Richard, and the United States Marshal is directed to serve a copy of the complaint (docket entry #2), this order, and summons, upon Richard, in the care of counsel for the prison's medical contractor, without prepayment of fees and costs or security therefor.

DATED this   8   day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff identified Richard as Richard Rashaud, but the service return indicates that his name is actually Shawn Richard.