**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRIAN J. WEBB                                                                                              PLAINTIFF
ADC #141031

V.                                    NO: 5:11CV00191 JLH/HDY

EDWARD ENGSTROM *et al.*                                                                     DEFENDANTS

**ORDER**

The Clerk is directed to change the style of the case to reflect the correct names of Defendants William Straughn and Maurice Williams, as set forth in their answer (docket entry #13).

IT IS SO ORDERED this   21   day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE