**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BRIAN J. WEBB                                                                     PLAINTIFF

V.                                        NO: 5:11CV00191 JLH/HDY

EDWARD ENGSTROM *et al.*                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J.

Leon Holmes.  Any party may serve and file written objections to this recommendation.  Objections

should be specific and should include the factual or legal basis for the objection.  If the objection

is to a factual finding, specifically identify that finding and the evidence that supports your

objection.  An original and one copy of your objections must be received in the office of the United

States District Court Clerk no later than fourteen (14) days from the date of the findings and

recommendations.   The copy will be furnished to the opposing party.   Failure to file timely

objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or

additional evidence, and to have a hearing for this purpose before the District Judge, you must, at

the same time that you file your written objections, include the following:

  1.       Why the record made before the Magistrate Judge is inadequate.

  2.       Why the evidence proffered at the hearing before the District
           Judge (if such a  hearing is granted)  was not  offered at  the
           hearing before the Magistrate Judge.

  3.       The detail of any testimony desired to be introduced at the
           hearing before the District Judge in the form of an offer of

1

proof, and a copy, or the original, of any documentary or
other non-testimonial evidence desired to be introduced at
the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary

hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite A149
Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff Brian J. Webb filed this complaint on July 26, 2011. On January 31, 2012, Plaintiff

filed a notice of an address charge, which indicated that he had been released from prison (docket

entry #26). Accordingly, on February 1, 2012, the Court entered an order directing Plaintiff to pay

the filing fee, or to file a new application for leave to proceed *in forma pauperis* which reflected his

free-word financial status (docket entry #27). That order warned Plaintiff that his failure to do so

within 30 days would result in the recommended dismissal of his lawsuit. More than 30 days have

passed, and Plaintiff has not paid the filing fee, filed a new application for leave to proceed *in forma*

*pauperis*, or otherwise responded to the order. Mail sent to Plaintiff at his address of record has

been returned as undeliverable (docket entry #29). Under these circumstances, the Court concludes

that Plaintiff's complaint should be dismissed without prejudice for failure to comply with Local

Rule 5.5(c)(2), and for failure respond to the Court's order. *See Miller v. Benson*, 51 F.3d 166, 168

(8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to

prosecute, and exercise of that power is reviewed for abuse of discretion).

IT IS THEREFORE RECOMMENDED THAT:

2

1.      Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and for failure to respond to the Court's order.

2.      The Court certify that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

3.      All pending motions be DENIED AS MOOT.

DATED this   8   day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE